# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144327(22)(23)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DONALD MICHAEL HARDY,
          Defendant-Appellant.

SC: 144327
COA: 306106
Oakland CC: 2010-233501 FC

_____

On order of Chief Justice, the motion by plaintiff-appellee for permission to use a demonstrative exhibit at oral argument is considered, and it is denied. The Court's review of the issues in this case must be confined to matters preserved in the record of the trial court proceedings.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2013

_____
                    Clerk